# Exhibit B

# CHASE

P.O. BOX 15123
WILMINGTON, DE
19850-5123

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | 03/17/18 |
| New Balance: | |
| Minimum Payment: | |

Account number:

$_____ Amount Enclosed
Make your check payable to: Chase Card Services

BRADY S TUCKER

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

## Southwest Rapid Rewards

Manage your account online:
www.chase.com/Southwest

Customer Service:
1-800-792-0001

Mobile: Download the
Chase Mobile® app today

### ACCOUNT SUMMARY

| Account Number: | |
|---|---|
| Previous Balance | $570.00 |
| Payment, Credits | |
| Purchases | |
| Cash Advances | |
| Balance Transfers | |
| Fees Charged | +$143.30 |
| Interest Charged | +$20.61 |
| New Balance | $20.61 |
| Opening/Closing Date | 01/21/18 - 02/20/18 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $20.61 |
| Payment Due Date | 03/17/18 |
| Minimum Payment Due | $20.61 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

### YOUR ACCOUNT MESSAGES

Your current statement includes a residual interest charge which is the interest that was assessed from the date of the last statement until the account balance was paid in full. While interest is calculated daily it is only billed monthly.

### SOUTHWEST AIRLINES RAPID REWARDS CARD SUMMARY

| | |
|---|---|
| + 2X Pts for Southwest purchases | 0 |
| + Points earned on purchases | 494 |
| - Total Rapid Rewards transf. to Southwest | 494 |

Learn more about your Rapid Rewards® Credit Card at www.chase.com/southwest. View point totals and redeem at www.southwest.com/rraccount. Call 1-800-I-FLY-SWA or visit www.southwest.com to book flights.

Earn 2 Rapid Rewards® Points per $1 spent on flights purchased directly through Southwest Airlines® and on participating Rapid Rewards Hotel and Rental Car partner purchases. (like Marriott, Hyatt, Hertz and Avis) Escape faster by earning 1 point per $1 on all other purchases.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 02/01 | | |
| 01/29 | | |
| 01/29 | | |
| 02/01 | | |
| 02/01 | | |
| 01/27 | | |
| 01/27 | | |
| 01/31 | | |
| 01/31 | | |
| 02/02 | | |
| 02/02 | | |
| 02/16 | | |

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___   Zip: _____

*Home Phone: ___ ____ ____   *Work Phone: ___ ____ ____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

---

**To contact us regarding your account:**


**Call Customer Service:**
In U.S.            1-800-792-0001
Español            1-888-446-3308
TTY                1-800-955-8060
Pay by phone       1-800-436-7958
Outside U.S. call collect
                   1-302-594-8200


**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298


**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014


**Visit Our Website:**
www.chase.com/Southwest

---

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website or by one of our above listed customer service telephone numbers. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

• Account information: Your name and Account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.






Southwest Rapid Rewards

Manage your account online: www.chase.com/Southwest
Customer Service: 1-800-792-0001
Mobile: Download the Chase Mobile® app today

Case 1:18-cv-03155-KPF   Document 1-2   Filed 04/10/18   Page 4 of 4

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PURCHASE** | | |
| 01/20 | COINBASE CHEAPSIDE | 273.00 |
| 01/21 | COINBASE CHEAPSIDE | 120.00 |
| 01/22 | COINBASE CHEAPSIDE | 101.00 |
| **CASH ADVANCES** | | |
| 01/27 | COINBASE CHEAPSIDE | 588.00 |
| 01/29 | COINBASE CHEAPSIDE | 245.00 |
| 01/31 | COINBASE CHEAPSIDE | 122.00 |
| 02/01 | COINBASE CHEAPSIDE | 170.00 |
| 02/02 | COINBASE CHEAPSIDE | 112.00 |
| 02/01 | COINBASE    TRAV FUNDS CHEAPSIDE | 170.00 |
| 01/31 | COINBASE    TRAV FUNDS CHEAPSIDE | 122.00 |
| 02/02 | COINBASE    TRAV FUNDS CHEAPSIDE | 112.00 |
| 01/27 | COINBASE    TRAV FUNDS CHEAPSIDE | 588.00 |
| 01/29 | COINBASE    TRAV FUNDS CHEAPSIDE | 245.00 |
| **FEES CHARGED** | | |
| 01/28 | TRANSACTION FEE | 29.40 |
| 01/30 | TRANSACTION FEE | 12.25 |
| 02/01 | TRANSACTION FEE | 10.00 |
| 02/02 | TRANSACTION FEE | 10.00 |
| 02/04 | TRANSACTION FEE | 10.00 |
| 02/15 | TRANSACTION FEE | 10.00 |
| 02/15 | TRANSACTION FEE | 10.00 |
| 02/15 | TRANSACTION FEE | 10.00 |
| 02/15 | TRANSACTION FEE | 29.40 |
| 02/15 | TRANSACTION FEE | 12.25 |
| | **TOTAL FEES FOR THIS PERIOD** | **$143.30** |
| **INTEREST CHARGED** | | |
| 02/20 | CASH ADVANCE INTEREST CHARGE | 20.61 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$20.61** |

### 2018 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2018 | $143.30 |
| Total interest charged in 2018 | $20.61 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 17.24%(v)(d) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 26.24%(v)(d) | $924.60 | $20.61 |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 17.24%(v)(d) | -0- | -0- |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

**31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.