UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADY TUCKER, RYAN HILTON and STANTON SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> v.<br><br>CHASE BANK USA, N.A.,<br><br>     Defendant. | Case No. 1:18-cv-03155 (KPF)<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

  PLEASE TAKE NOTICE that Defendant Chase Bank USA, N.A., by and through its undersigned counsel, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) dated November 2, 2018, will move this Court, before the Honorable Katherine Polk Failla, at the Thurgood Marshall Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York 10007, at a time and date convenient for the Court, for an order dismissing Plaintiffs' Amended Complaint with prejudice for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The basis for the motion is set forth in the accompanying Memorandum of Law.

Dated: November 2, 2018
   New York, New York

                     Respectfully submitted,

                     */s/ Noah A. Levine*
                     Noah A. Levine
                     Stephanie Simon
                     Scott McAbee
                     Wilmer Cutler Pickering Hale and Dorr LLP
                     7 World Trade Center

250 Greenwich St.
New York, New York 10007
Tel: 212-230-8800
noah.levine@wilmerhale.com
stephanie.simon@wilmerhale.com
scott.mcabee@wilmerhale.com

*Attorneys for Defendant Chase Bank USA, N.A.*