UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADY TUCKER, RYAN HILTON and STANTON SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>CHASE BANK USA, N.A.,<br><br>              Defendant. | Case No. 1:18-cv-03155-KPF<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Brady Tucker, Ryan Hilton, and Stanton Smith will and hereby do move this Court, before the Honorable Katherine Polk Failla, at the Thurgood Marshall Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007, at a time and date convenient for the Court, for an order pursuant to Fed. R. Civ. P. 23, granting Preliminary Approval of a proposed class action Settlement between Plaintiffs and Defendant JPMorgan Chase Bank, N.A. (f/k/a Chase Bank USA, N.A.) (hereinafter "Chase" or "Defendant"), directing notice of the Settlement to be disseminated to Class Members, and preliminarily certifying for settlement purposes the following Class:

> All current and former Chase credit-card accountholders in the United States to whom Chase charged Cash Advance Fees and/or Cash Advance Interest for Cryptocurrency Transactions made with their Chase consumer credit-card between April 10, 2015 and May 22, 2020 (inclusive).

The proposed Settlement is filed concurrently herewith as Exhibit A to the Declaration of David J. Harris, Jr. in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

This Motion is based upon Plaintiffs' concurrently filed Memorandum of Law in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declarations of Brady Tucker, Ryan Hilton, Stanton Smith, and Prashant Singh, and the Declaration of David J. Harris, Jr. in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and all Exhibits thereto, as well as the Court's file in this action, any matters of which the Court may take judicial notice, the arguments of counsel, and any supplemental papers filed at or before any hearing on this Motion.

2

| | |
|---|---|
| Dated: May 26, 2020 | Respectfully submitted, |
| | FINKELSTEIN & KRINSK LLP |
| | By:   s/ David J. Harris, Jr.  <br>          David J. Harris, Jr., Esq. |
| | 501 West Broadway, Suite 1260<br>San Diego, California 92101-3579<br>Telephone: (619) 238-1333<br>Facsimile:  (619) 238-5425<br>Email: djh@classactionlaw.com |
| | *Counsel for Plaintiffs and the Putative Class* |

2