# EXHIBIT E

# FINKELSTEIN & KRINSK LLP
ATTORNEYS AT LAW

501 WEST BROADWAY
SUITE 1260
SAN DIEGO, CALIFORNIA 92101

TELEPHONE (619) 238-1333                                                                                                         FACSIMILE (619) 238-5425
WEBSITE: WWW.CLASSACTIONLAW.COM                                                                              EMAIL: FK@CLASSACTIONLAW.COM

The following is a concise summary of the resume of the law firm of Finkelstein & Krinsk LLP. The firm's experience centers on the prosecution of violations of the federal and state securities and antitrust laws, the laws of corporate governance, including shareholder derivative actions, and business and consumer fraud cases.

## THE FIRM

Since its inception, the firm has specialized in investigating and prosecuting large-scale securities violations on behalf of private and institutional investors, as well as derivative claims arising from directors' failure to comply with their statutory duties. The credentials of the firm include being appointed lead counsel and to executive committee positions on behalf of plaintiff classes in multiple successful securities fraud, shareholder derivative, and consumer class action cases, including, for example: *In Re Chiron Shareholders Derivative Litigation*, a shareholder derivative action alleging various breaches of fiduciary duties; *In Re Chiron Shareholders Deal Litigation*, a shareholder class action involving a $4.5 billion merger transaction; *In Re Great American Bank Securities Litigation*, a class action alleging violations of the Federal Securities Acts; *In Re Safeskin Sec. Litig.* (same); *In Re Revlon Sec. Litig.* (same); *Risk v. Caribiner International*; *Hurst v. Monarch Equities Corporation*, a class action alleging violations of the Commodities & Exchange Act; *Weld v. Chiron Corp.*; *Chiment v. M/A-COM, Inc.*, a class action alleging violations of ERISA; *In Re State Farm Mutual Automobile Insurance Company*, a California resident consumer class action alleging unfair business practices; *In Re Manufacturers Life Insurance Premium Litigation*, a nationwide consumer class action alleging insurance fraud; *Levine v. The Guardian Life Insurance Company of America*, a California resident disability policyholder class action; In *Re Massachusetts Mutual Life Ins. Co. Vanishing Premium Sales Litig.*, a nationwide policyholder class arising out of "vanishing premium" life insurance policy sales practices; *Campbell v. AirTouch Cellular*, nationwide consumer class action against Verizon Wireless for violations of unfair trade practices (lead counsel in a nationwide consumer class of over 43 million consumers); *In Re DSL Service Cases*, a J.C.C.P. California resident class action involving claims of false advertising and consumer fraud (lead counsel in coordinated action); *Burton v. MTL Ins. Co.*, a nationwide policyholder class action involving violations of Illinois consumer fraud laws; *Kushner v. AT&T Corp.*, a California resident consumer class action (lead counsel); *Maugeri v. The Credit Store*, a nationwide consumer class action involving deceptive debt collection practices; and *Smith v. Wells Fargo*, a California resident consumer class action involving false advertisement claims (lead counsel); *Phebus v. Wells Fargo Bank* (lead counsel in coordinated action); *Feferman v. Hewlett Packard* (lead counsel); *Berensen v. Toyota Motor Corp.* (lead counsel); *Maugeri v. The Credit Store*, (lead counsel); *Sanai v. BMW of North America, LLC*; *Hahn v. Massage Envy Franchising LLC* (lead counsel); *Krinsk v. Monster Beverage Corporation, at el.* (lead counsel), *Clay et al. v. Cytosport, Inc.* (Class Counsel) and *Terrando et al. v. Accredited Debt Relief et al.* (Class Counsel).

The firm has prosecuted hundreds of securities and consumer class action cases, recovering hundreds of millions of dollars in losses suffered by victims of various frauds, torts, contractual breaches, and other forms of anti-competitive conduct.

FINKELSTEIN & KRINSK LLP
ATTORNEYS AT LAW

## MANAGING PARTNER

**JEFFREY R. KRINSK**

Jeffrey R. Krinsk graduated in 1974 from Boston University Law School in Boston, Massachusetts, and was admitted to active practice in the State of New York on November 17, 1975. As an associate at the New York law firm of Norton & Christenson, he contributed to numerous cases involving intricate violations of federal law and, thereafter, participated in assorted complex litigation against large corporations and particularly the United States Government and/or the Corps of Engineers.

This extensive litigation experience resulted in Mr. Krinsk relocating to California after being asked to join Hang Ten International, Inc. as Staff Counsel and, shortly thereafter, became General Counsel and Chief Legal Officer. Mr. Krinsk was subsequently promoted to Chief Operating Officer and General Counsel for the corporation, overseeing and managing in excess of thirty-five law firms in over sixty countries while fulfilling corporate litigation and transactional needs. In 1983, Mr. Krinsk relocated to Los Angeles, California, after joining Guess?, Inc. as its President, assuming a broad array of related legal and operational responsibilities as its licensing head. Thereafter, Mr. Krinsk was elected Chairman and CEO of publicly-traded Fabulous Inns of America, conducting complex derivative and securities litigation on behalf of its shareholders. This substantial business experience has provided an invaluable perspective in the prosecution of class actions against corporate defendants. Mr. Krinsk has effectively prosecuted and managed a host of class actions for Finkelstein & Krinsk over the last twenty-five years.

## ATTORNEYS

**DAVID J. HARRIS, JR.**

David J. Harris, Jr. joined Finkelstein & Krinsk LLP in 2015 and specializes in securities and consumer class actions. Prior to joining the Firm, Mr. Harris specialized in class action litigation at another leading plaintiffs' firm, primarily representing investors in federal securities fraud cases. Mr. Harris was a member of litigation teams that recovered over $100 million on behalf of aggrieved investors in mortgage-backed securities class actions. He was also part of a trial team that recovered $65 million from a healthcare services company on the eve of trial, in an action alleging securities fraud under the Securities Exchange Act of 1934. In addition, Mr. Harris was instrumental in recovering over $10 million for investors in an oil company that allegedly overstated its oil production prospects in its initial public offering.

**FINKELSTEIN & KRINSK LLP**
ATTORNEYS AT LAW

Mr. Harris was also a member of the appellate team that won a landmark case before the United States Supreme Court in *Omnicare, Inc. v. Laborers Dist. Council Construction Industry Pension Fund*, 135 S.Ct. 1318 (2015), which shaped securities issuers' disclosure obligations under the Securities Act of 1933. He also served as lead appellate counsel before the California Supreme Court in *Heckart v. A-1 Self-Storage, Inc.*, 4 Cal.5th 749 (2018), which refined the meaning of "insurance" under the California Insurance Code.

Mr. Harris has successfully represented student loan borrowers, credit card borrowers and other aggrieved consumers challenging various forms of unlawful conduct. Such experience primarily includes breaches of contract, economic torts, statutory fraud, and consumer protection cases in federal courts nationwide.

Mr. Harris graduated from the Boston University School of Law in 2012. While in law school, he served as an editor of the *Review of Banking & Financial Law*, and as a student-attorney in Boston University's Criminal Practice Clinic. Mr. Harris was selected as a Legal Writing Fellow in 2010. Prior to law school, he worked as an operations analyst and project manager for a leading e-discovery services provider. Mr. Harris graduated *magna cum laude* from Rensselaer Polytechnic Institute in 2006, with a Bachelor of Science degree in Mathematics, and a concentration in Operations Research.

Mr. Harris is admitted to practice in the State of California and in the United States District Courts for the Northern, Southern, Central, and Eastern Districts of California, and the United States District Courts for the Western District of Wisconsin, and the Central District of Illinois.

**JOHN J. NELSON**

John J. Nelson joined Finkelstein & Krinsk LLP as an associate attorney in 2019 and currently focuses on auto defect litigation and consumer focused remedies under California's Consumer Legal Remedies Act. Mr. Nelson also works on Fair Credit Reporting Act cases, data breach and privacy protection matters, wage, hour, and discrimination cases, and other consumer focused matters. Prior to joining the firm, Mr. Nelson worked on behalf of consumers to resolve a variety of cases including labor code violations, real-estate fraud, construction defect, breach of contract, and international business disputes. Mr. Nelson has litigated against major insurance companies, international auto manufacturers, multinational distributors, and nation-wide financial institutions. Mr. Nelson has also served as foreign companies' and individuals' U.S. counsel for a variety of business and legal matters.

Mr. Nelson graduated from the University of San Diego School of Law in 2017. While a student, Mr. Nelson was a member of the University of San Diego's Ninth Circuit Appellate

# FINKELSTEIN & KRINSK LLP
ATTORNEYS AT LAW

Clinic where he worked as part of a team to draft initial and reply appellate briefs and was selected to present oral arguments before a panel of Ninth Circuit Justices. Mr. Nelson was also a member of the Vis International Commercial Arbitration Moot Competition team and was awarded an honorable mention for the oralist award at the 2017 competition in Vienna, Austria. Mr. Nelson also served as a law clerk for the U.S. Attorney's Office, Major Frauds Division, in the Southern District of California where he worked as a member of a trial team prosecuting a complex, multi-defendant mortgage fraud case.

Mr. Nelson is admitted to practice in the State of California and in the United States District Courts for the Central and Southern Districts of California.

\*\*\*

For more information regarding the firm and a list of cases successfully prosecuted by the firm, please contact:

FINKELSTEIN & KRINSK LLP
Carol L. Grace
Firm Administrator
550 West C Street, Suite 1760
San Diego, California 92101
Tel: 619/238-1333  Fax: 619/238-5425
