UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADY TUCKER, RYAN HILTON and STANTON SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>Defendant. | Case No. 1:18-cv-03155-KPF<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Brady Tucker, Ryan Hilton, and Stanton Smith will and hereby do move this Court, before the Honorable Katherine Polk Failla, at the Thurgood Marshall Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007, at the Final Approval Hearing set for **3:00 p.m. (EST) on October 22, 2020**, for an order finally approving the class action Settlement Agreement (Dkt. 61-1) between Plaintiffs and Defendant JPMorgan Chase Bank, N.A. (f/k/a Chase Bank USA, N.A.) (hereinafter "Chase" or "Defendant"), which this Court preliminarily approved on June 9, 2020.  *See* Dkt. 66.

This Motion is based upon Plaintiffs' concurrently filed Memorandum of Law, the Declaration of Jeanne M. Chernila and all Exhibits thereto, as well as the Court's file in this action, any matters of which this Court may take judicial notice, any arguments heard from counsel, and any supplemental papers properly filed at or before the Court's Final Approval Hearing.


Dated: October 15, 2020                    Respectfully submitted,

                                                    FINKELSTEIN & KRINSK LLP


                                                   By:    s/ David J. Harris, Jr.
                                                        David J. Harris, Jr., Esq.

                                                  501 West Broadway, Suite 1260
                                                  San Diego, California 92101-3579
                                                  Telephone: (619) 238-1333
                                                  Facsimile:  (619) 238-5425
                                                  Email: djh@classactionlaw.com

                                                  *Counsel for Plaintiffs and the Settlement Class*