UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
BRADY TUCKER, RYAN HILTON, AND
STANTON SMITH, Individually and on Behalf of
All Others Similarly Situated,

                                      Plaintiffs,

        -against-

CHASE BANK USA, N.A.,

                                      Defendant.
------------------------------------------------------------- X

Case No. 1:18-cv-03155-KPF

**ORDER APPROVING FINAL *CY PRES* SETTLEMENT DISTRIBUTION**

WHEREAS, the Court, having considered the Joint Motion for Approval of Final *Cy Pres* Settlement Distribution, and otherwise being fully informed, HEREBY ORDERS Class Action Administrator KCC Class Action Services, LLC to distribute the remaining settlement funds *cy pres*, to the National Foundation for Credit Counseling.

IT IS SO ORDERED, this 20th day of September, 2022.

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT COURT JUDGE